UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDASSIST-OP, INC.,

       Plaintiff,

v.                                           Case No. 8:07-CV-1974-T-24 MAP

SECRETARY, UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES,

       Defendant.
_____/

## ORDER

This cause comes before the Court on its own. On May 7, 2008, United States Magistrate Judge Mark A. Pizzo entered an order granting Plaintiff's Counsel's Motion to Withdraw. (Doc. No. 18). In this order, Magistrate Judge Pizzo noted that because Plaintiff is a corporation, it cannot represent itself in this case but must be represented by an attorney admitted to practice before this Court, pursuant to Local Rule 2.03(d). Magistrate Judge Pizzo gave Plaintiff until June 9, 2008 to retain new counsel and file a notice of appearance, and was warned that failure to do so may result in dismissal of this action. To date, Plaintiff has not retained counsel. Accordingly, it is ORDERED AND ADJUDGED that this action is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Medassist-Op, Inc.